ERNA SCHLESINGER, Appellant, *v.* ITALIAN LINE, "ITALIA" SOCIETA ANONIMA DI NAVIGAZIONE OF GENOA, Respondent.

Submitted March 6, 1952; decided April 23, 1952.

*Benjamin H. Siff* and *Jack Flamhaft* for appellant.

*Peter Keber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.